DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MELISSA SALMONS,**
Appellant,

v.

**ESTATE OF JAMES THOMAS LYCETT** and **MICHAEL C. LAIBEN,**
Appellee.

No. 4D17-3616

[October 18, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Janet Croom, Judge; L.T. Case No. 562015CP001329.

David A. Maney and Karen L. Jones, of Maney, Damsker, Jones & Kuhlman, P.A., Tampa, for appellant.

Donna L. Eng of Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A., Stuart, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., LEVINE and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***